**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1671**

---

FULANI SALEH-BEY,

　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

A.R.T. MANAGEMENT,

　　　　　　　　　　　　　　　　Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-97-
1313-L)

---

Submitted:  November 20, 1997　　　Decided:  December 9, 1997

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Fulani Saleh-Bey, Appellant Pro Se.  Minda Frahm Goldberg, WARTZ-
MAN, OMANSKY, BILBAUM, SIMONS, STEINBERG, SACHS & SAGAL, Towson,
Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying her request for a preliminary injunction to prevent her eviction pursuant to a state court judgment of foreclosure with no right of redemption.[*] Appellant asserts that the eviction proceedings served as a form of housing discrimination based on her mental disability. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Saleh-Bey v. A.R.T. Management, No. CA-97-1313-L (D. Md. May 13, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent that Appellant seeks to challenge the district court's order declining to extend a temporary restraining order, the district court's order is not reviewable. See Drudge v. McKernon, 482 F.2d 1375, 1376 (4th Cir. 1973).

2